# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**RONALD E. GILLETTE**                                                   **PLAINTIFF**

**v.**                                             **No. 3:18CV106-DAS**

**CORE CIVIC, ET AL.**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendants' motion [67] for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies. In light of this ruling, the remaining pending motions in this case are **DISMISSED** as moot.

                                                         /s/ David A. Sanders
                                                         DAVID A. SANDERS
                                                         UNITED STATES MAGISTRATE JUDGE